UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

LESALDO SHALTO,

                        Plaintiff,                    *Civil Action No.*

      -against-                              1:25-cv-00341-KAM-CLP

NEW EAST GARDEN CORP.,
and BKMK MANAGEMENT LLC,

                        Defendants.

---------------------------------------------------------X

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, **LESALDO SHALTO** and Defendants, **NEW EAST GARDEN CORP.,** and **BKMK MANAGEMENT LLC,** hereby notify this Honorable Court that settlement has been reached in principle in the above-referenced case among the parties. The parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request that a thirty (30) day order be issued.

Dated: May 20, 2025

                                                        By: _____
                                                           Bradly G. Marks
                                                          The Marks Law Firm, PC
                                                           155 E 55th Street, Suite 4H
                                                           New York, NY 10022
                                                           T:(646) 770-3775