UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LESALDO SHALTO,

            Plaintiff,

-against-

NEW EAST GARDEN CORP.,
and BKMK MANAGEMENT LLC,

            Defendants.

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Civil Action No.: 1:25-cv-00341-KAM-CLP

     Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, LESALDO SHALTO, by and through his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, **WITH PREJUDICE** as against Defendant, BKMK MANAGEMENT LLC **only**, since this party has not answered or otherwise moved for summary judgment in this action.

Dated: New York, New York
       June 13, 2025

                               **THE MARKS LAW FIRM, P.C.**

                               By_____
                                  Bradly G. Marks, Esq.
                                  155 East 55th Street, Suite 4H
                                  New York, NY 10022
                                  T: (646) 770-3775
                                  E: brad@markslawpc.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK.

LESALDO SHALTO,

        Plaintiff,

   -against-

NEW EAST GARDEN CORP., and BKMK MANAGEMENT LLC,

        Defendants.

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

THE MARKS LAW FIRM, PC
*Attorneys for Plaintiff*
155 E 55th Street, Suite 4H
New York, NY 10022
Tel: (646) 770-3775
Email: brad@markslawpc.com