UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

LESALDO SHALTO,

                Plaintiff,

-against-

NEW EAST GARDEN CORP.,
and BKMK MANAGEMENT LLC,

                Defendants.

Case No. 1:25-cv-00341-KAM-CLP

**STIPULATION OF DISMISSAL
<u>WITH PREJUDICE</u>**

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Lesaldo Shalto ("Plaintiff") and Defendant, New East Garden Corp. ("Defendant"), by and through Plaintiff's undersigned counsel and Defendant's undersigned counsel, hereby stipulate and agree that this action shall be **<u>DISMISSED WITH PREJUDICE</u>** against Defendant. Each party shall bear its own costs, expenses, and attorney's fees.

Dated: New York, New York
        June 11, 2025

| | |
|---|---|
| **SHI & ASSOCIATES** | **THE MARKS LAW FIRM, P.C.** |
| By_____ | By_____ |
|   Bo Shi, Esq. |   Bradly G. Marks, Esq. |
|   401 Broadway, Suite 409 |   155 East 55th Street, Suite 4H |
|   New York, NY 10013 |   New York, NY 10022 |
|   Telephone: (212) 965-8686 |   Telephone: (646) 770-3775 |
|   *Attorneys for Defendant* |   *Attorneys for Plaintiff* |
|   **NEW EAST GARDEN CORP.** | |

Brooklyn, New York
June 13, 2025

s/KAM
_____
KIYO A. MATSUMOTO
United States District Judge
Eastern District of New York